IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESSE D. MCGOWAN                                                                                    PLAINTIFF

       v.                        Civil No. 11-2038

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                 DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 23rd day of January 2012.

                                          /s/ *J. Marschewski*
                                       HONORABLE JAMES R. MARSCHEWSKI
                                       CHIEF UNITED STATES MAGISTRATE JUDGE